UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14098-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IHAP ABDALLAH YAMIN,

    Defendant.

_____/



FILED by _____ D.C.

JUL 12 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### REPORT AND RECOMMENDATION ON NOTICE OF PARTIES' STIPULATIONS AND JOINT RECOMMENDATION OF NO RESTITUTION [D.E. #75] AND AMENDED NOTICE OF PARTIES' STIPULATIONS AND JOINT RECOMMENDATION OF NO RESTITUTION [D.E. #76]

**THIS CAUSE** having come on to be heard upon the aforementioned Notice and Amended Notice and this Court having reviewed those Notices which reflect that "the parties respectfully recommend that this Honorable Court order that no restitution amounts need be awarded", this Court recommends as follows:

1.     This matter was set for a Restitution Hearing to begin on Wednesday, July 13, 2011 in the U. S. District Courthouse in Fort Pierce, Florida. The parties have filed a Joint Notice and Amended Notice reflecting that the identified victims have not filed any submissions during the criminal investigation of outstanding losses subject to restitution and that no party has filed any objections to the Pre-Sentence Report which was accepted at the sentencing hearing.

**ACCORDINGLY**, this Court recommends to the District Court that the joint stipulation of the parties be accepted and that no restitution amounts be awarded.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _12th_ day of July, 2011, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Theodore M. Cooperstein
Jack A. Fleischman, Esq.
Pretrial Services
U. S. Marshal