```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                 FORT PIERCE DIVISION
              CASE NO. 10-14098-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

IHAP ABDALLAH YAMIN,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND PARTIES STIPULATION AND JOINT RECOMMENDATION AS RESTITUTION**

**THIS CAUSE** came before the Court upon the Report and Recommendation on the Amended Notice of Parties Stipulation and Joint Recommendation as to Restitution,(D.E. 76).

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch United States Magistrate Judge on July 12, 2011. The Court conducted a <u>de novo</u> review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation and the Parties stipulation is **ADOPTED** in its entirety. it is further

**ORDERED AND ADJUDGED** that by agreement of the parties no restitution amounts shall be awarded.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of July, 2011.

                                                  _____
                                                  DONALD L. GRAHAM
                                                  UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Lynch
        Theodore Cooperstein, AUSA
        Jack A. Fleischman, Esq.
        U.S. Probation
```